LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Grant Malone*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **GRANT MALONE**, <br><br> Defendant. | CASE No.: 2:20-cr-00060-EJY <br><br> **STIPULATION TO MODIFY TERMS AND CONDITIONS OF PROBATION; ORDER** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, Grant Malone, through his counsel, Lance J. Hendron, Esq. of the law firm of Hendron Law Group LLC, and Plaintiff, United States of America, through its counsel, Christopher Chiou, Esq., Acting United States Attorney, Rachel Kent, Esq., Assistant United States Attorney, that the previously imposed terms and conditions of Mr. Malone's probation be modified to allow him to travel outside of Southern District of Florida for purposes of employment.

This Stipulation is entered into for the following reasons:

1. Mr. Malone is employed as a stevedore / loadmaster in training.

2. Mr. Malone works for MHL Rentals and Services.

3. Mr. Malone needs to travel both within and outside the United States for work purposes.  Mr. Malone's employment has previously required him to travel outside

the United States including to St. Thomas, St. Marteen, St. Barths, Panama, Costa Rica, Aruba, and Canada.

4. Mr. Hendron has spoken with Rachel Kent, Assistant United States Attorney, and she has no objection to Mr. Malone traveling outside the Southern District of Florida including outside the United States for work purposes.

5. U.S. Probation for the Southern District of Florida has no objection to Mr. Malone traveling outside the Southern District of Florida for work purposes.

6. Mr. Malone shall notify U.S. Probation for the Southern District of Florida two days prior regarding upcoming work travel and provide an itinerary.

7. Mr. Malone shall notify U.S. Probation for the Southern District of Florida upon his return from work travel.

8. Mr. Malone is in compliance with all terms and conditions of his probation.

DATED this  5th  day of August, 2021.

Respectfully Submitted,

        /s/ Lance J. Hendron
Lance J. Hendron,
Attorney for Defendant, *Grant Malone*

        /s/ Rachel Kent
Christopher Chiou,
Acting United States Attorney
Rachel Kent,
Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED**, that the previously imposed conditions of probation be modified to allow Mr. Malone to travel outside of the Southern District of Florida including outside of the United States for the purposes of employment.

**IT IS FURTHER ORDERED** that Mr. Malone shall notify U.S. Probation for the Southern District of Florida two days prior regarding upcoming work travel and provide an itinerary.

**IT IS FURTHER ORDERED** that Mr. Malone shall notify U.S. Probation for the Southern District of Florida upon his return from work travel.

All other current terms and conditions of Mr. Malone's probation shall remain in place.

**IT IS SO ORDERED.**

DATED this 5th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE