CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
stephanie.ihler@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00060-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS HEARING** (First Request) |
| GRANT MALONE, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Lance James Hendron, counsel for Grant Malone, that the Status Hearing currently scheduled on January 25, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

1. The parties are attempting to confirm with probation that the defendant has completed all the required conditions.

2. The parties agree to the continuance.

3. Mr. Malone is out custody and agrees with the need for the continuance.

1 | This is the first request for a continuance of the status hearing.

2 | DATED this 25th day of January, 2022.

3 | Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Stephanie Ihler                    /s/ Lance Hendron
STEPHANIE IHLER                  LANCE HENDRON
Assistant United States Attorney   Attorney for Grant Malone

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>GRANT MALONE,<br><br>            Defendant. | Case No. 2:20-cr-00060-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Thursday, January 25, 2022, be vacated and continued to February 25, 2022 at the hour of 4:00 p.m. in Courtroom 3C.

DATED this 25th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1