LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GRANT MALONE, <br><br> Defendant. | Case No. 2:20-cr-00060-JAD-EJY <br><br><br> STIPULATION AND ORDER TO AMEND CONVICTION TO NEGLIGENT OPERATION A VEHICLE IN A RECKLESS MANNER |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, GRANT MALONE by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Christopher Chiou, Acting United States Attorney and Mina Chang, Assistant United States Attorney, that the parties request that this Court: allow Mr. Malone to withdraw his plea to Count One – Operating a Motor Vehicle While Under the Influence of Alcohol and allow Mr. Malone to be adjudicated guilty to an amended misdemeanor count of Negligent Operation a Vehicle in a Reckless Manner, a violation of Title 43, C.F.R. § 8365.1-3(a).

The parties offer the updated information for the Court's reference, Mr. Malone has been successful with his court-ordered probation conditions, including completing a substance abuse program on January 11, 2022. Additionally, Mr. Malone has been compliant with terms and conditions of his probation.

DATED this __1st__ day of March, 2022.

                                                Respectfully Submitted,

                                           */s/ L Hendron*
Lance J. Hendron,
Attorney for Defendant

                                           */s/ M. Chang*
Christopher Chiou,
Acting United States Attorney
Mina Chang,
Assistant United States Attorney

**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Tel (702) 710-5555 ▪ Fax (702) 718-5555

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.: 2:20-cr-00060-JAD-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| GRANT MALONE, | |
| Defendant. | |

1. IT IS THEREFORE ORDERED that the parties stipulation and request to allow Mr. Malone to withdraw his guilty plea to Count One – Operating a Motor Vehicle While Under the Influence of Alcohol and that Mr. Malone be adjudicated guilty to an amended misdemeanor count of Negligent Operation a Vehicle in a Reckless Manner, a violation of Title 43, C.F.R. § 8365.1-3(a) is hereby GRANTED and the sentence ordered shall apply.

   **DATED** this 1st day of March, 2022.

   _____
   **UNITED STATES MAGISTRATE JUDGE**

3